Lissa M. Barnett, Respondent, v. The Vaughan Institute, Appellant.— Judgment affirmed, with costs, upon the opinion of Mr. Justice Thomas at Special Term. (See 119 N. Y. Supp. 45.) Jenks, Gaynor, Burr, Rich and Miller, JJ., concurred.

In the Matter of the Petition of Edwin F. Studwell and Others, as Commissioners of Parks of the Town of Rye, to Acquire by Condemnation Lands in the Town of Rye for a Public Park, etc., Plaintiffs, v. Augustus M. Halsted, Appellant, Impleaded with John Henry Halsted and Others, Defendants.— Orders affirmed, with ten dollars costs and disbursements, upon the opinion of Mr. Justice Mills at Special Term. (Reported in 62 Misc. Rep. 330.) Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ., concurred.

Russell Dixon, Respondent, v. James J. Cozine, Appellant.— Judgment affirmed, with costs, on the opinion of Mr. Justice Carr at Special Term. (Reported in 64 Misc. Rep. 602.) Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ., concurred.

In the Matter of the Application of Emanuel Brandon, Respondent, to Review the Action of the Board of Primary Election Inspectors for the Democratic Party for the Primary District Composed of Election Districts Nos. 1 and 2, Second Assembly District, County of Queens, City of New York, at the Primary Elec-